| | |
|---|---|
| DAVID ALLEN,<br><br>              Plaintiff,<br><br>      v.<br><br>PAM AHLIN and CLIF ALLENBY,<br><br>              Defendants. | No. 1:16-cv-01330-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION TO REMAND, and REMANDING THIS ACTION TO FRESNO COUNTY SUPERIOR COURT<br><br>(Doc. Nos. 5, 16) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff David Allen is a pretrial detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2017, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to remand this case to the Fresno County Superior Court be granted. (Doc. No. 16.) The parties were provided fourteen days in which to file objections to the findings and recommendation. (*Id.*) To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The May 4, 2017 findings and recommendations (Doc. No. 16) are adopted in full;
2. Plaintiff's motion for remand (Doc. No. 5) is granted;
3. This action is remanded to Fresno County Superior Court;
4. All pending motions are denied as having been rendered moot by this order; and
5. The Clerk of Court is directed to close this case and serve notice of the remand.

IT IS SO ORDERED.

Dated: **August 8, 2017**

UNITED STATES DISTRICT JUDGE